Mayagüez Sugar Co., recurrente, *v.* El Registrador de la Propiedad de Mayagüez, recurrido.

No. 771.—*Sometido:* Junio 6, 1929. *Resuelto:* Julio 26, 1929.

*José Sabater,* abogado de la recurrente; *El Registrador* recurrido compareció por escrito.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

Cuando un propietario da en arrendamiento una parte de su finca, no se precisa que se haya hecho una segregación anterior de la finca ni que se inscriba bajo un número separado, y el registrador estuvo equivocado al resolverlo así y al exigir sellos de rentas internas por la inscripción separada.

*Debe revocarse la nota recurrida y ordenarse la inscripción.*